UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TV TOKYO CORPORATION,

                Plaintiff,

    -against-

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A TO THE COMPLAINT,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/19/2026
```

26 Civ. 3496 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The show cause hearing scheduled for May 26, 2026, at 3:00 p.m. shall occur by way of video conference.  The parties will be provided with the link to join the video conference via email.  The public may join the proceeding by dialing +1 646-453-4442, and entering access code 821 902 214#.

    By **May 20, 2026,** Plaintiff shall serve this order on Defendants using the same methods authorized by the TRO.  By **May 21, 2026,** Plaintiff shall provide the Court with proof of service.

    SO ORDERED.

Dated: May 19, 2026
       New York, New York

                                  ANALISA TORRES
                        United States District Judge