USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TV TOKYO CORPORATION,

Plaintiff,

-against-

ANBRO2, et al.,

Defendants.

26 Civ. 3496 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By letter dated June 29, 2026, Yuan Xiaotian, a purported agent of "fondcosplay" requests to adjourn the May 26, 2026, hearing scheduled in this matter. *See* ECF No. 38. On May 19, 2026, the Court granted Plaintiff's notice of voluntary dismissal of its claims against "fondcosplay." *See* ECF No. 34. In addition, the hearing Xiotian seeks to adjourn took place on May 26, 2026, mooting the request. Thus, the Court denies the application.

SO ORDERED.

Dated: July 6, 2026
New York, New York

ANALISA TORRES
United States District Judge