USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _________________
DATE FILED: _11/4/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TV TOKYO CORPORATION,

Plaintiff,

-against-

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

26 Civ. 3496 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 2, 2026, Defendant, Gcosplay (Doe 10 on Schedule A), filed a motion to dismiss. *See* Mot., ECF No. 63; *see also* Mem., ECF No. 64. The same day, Plaintiff responded. *See* ECF No. 68. By letter dated November 3, 2026, Plaintiff advised the Court that the parties have reached a settlement in principle and requested that the Court vacate all deadlines associated with Gcosplay's motion. *See* ECF 69. Accordingly, the above-entitled action with respect only to Gscosplay is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

Any application to reopen must be filed within thirty days of this Order; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court. Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 63

SO ORDERED.

Dated: November 4, 2026
New York, New York

ANALISA TORRES
United States District Judge